BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for MAHMOOD MONASSAR

Eric Danoff, Esq. (State Bar #60915)
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455

Attorneys for Defendant HORIZON LINES, LLC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD MONASSAR, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON LINES, LLC., <br><br> Defendants. <br> _____ | Civil No. CV 11-04043 EDL <br><br> **STIPULATION FOR ORDER REGARDING CERTAIN PRETRIAL DATES ; ORDER** |

   Plaintiff Mahmood Monassar and Defendant Horizon Lines, LLC., pursuant to the parties' respective counsels' representations made to the Honorable Court in the Case Management Conference held on July 17, 2012, and the Court's order arising therefrom, now recite and stipulate as follows and pray the Court issues its Minute Order upon the below-numbered points:

### RECITALS

   WHEREAS, this action is one for alleged personal injury damages by a seaman pursuant to the *Jones Act*, 46 U.S.C. §30104, and general maritime law; and

   WHEREAS, Plaintiff's counsel now represents that the treating physician, Dimitri Kondrashov, M.D., has prescribed further injection therapy and there appears to be a probability that

STIPULATION FOR ORDER REGARDING CERTAIN PRETRIAL DATES

1 this doctor will not provide to Plaintiff counsel an opinion on either duty status and or a prognosis
2 in sufficient time for the parties both to be able to mediate by July 17, 2012 and to understand
3 whether to prepare the parties' respective evidence for allegations that Plaintiff can never return to
4 seafaring; and

5     WHEREAS, the parties appear to be in a position to complete non-expert discovery and to
6 complete liability-based expert discovery within the dates previously Ordered;

**STIPULATION**

8     NOW, THEREFORE, the Plaintiff and the Defendant, through their respective attorneys,
9 who are authorized to stipulate, request this Honorable Court issue its Minute Order that:

10 1.     The parties shall have until and including October 31, 2012 to complete mediation.
11 2.     The parties shall disclose experts on the issues of alleged medical and/or damages issues on
12     October 1, 2012.
13 3.     The parties shall complete discovery of experts on all issues by November 2, 2012.
14 4.     The dates for all other discovery remains as previously ordered; viz.: Non-expert by July 31,
15     2012, disclose liability experts by August 14, 2012, disclose rebuttal liability experts by
16     August 28, 2012.

17 SO STIPULATED,     SO STIPULATED,

19 DATED: July 17, 2012     DATED: July 17, 2012
20 BERSCHLER ASSOCIATES, PC     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

21 /s/ *Arnold I. Berschler*     /s/ *Eric Danoff*
22 Arnold I. Berschler, attorney for     Eric Danoff, Attorneys for
    MAHMOOD MONASSAR     HORIZON LINES, LLC

24 5. All other dates, including the September 18 deadline for hearing dispositive motions, the December 11 pretrial conference, and the January 7, 2013 trial date, remain unchanged.

26 IT IS SO ORDERED.

27 Date: July 18, 2012

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*