BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorney for MAHMOOD MONASSAR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD MONASSAR, ) | Civil No. CV 11-04043 EDL |
| Plaintiff, ) | |
| v. ) | **ORDER ON STIPULATION FOR CONTINUING CERTAIN PRETRIAL DATES** |
| HORIZON LINES, LLC., ) | |
| Defendants. ) | |

Upon review of the parties' *Stipulation for Second Order Continuing Certain Pretrial Dates* and Good Cause and the interests of justice otherwise appearing,

IT IS ORDERED THAT:

1. Mutual disclosure of medical and damage issue experts shall be on March 1, 2013.

2. Complete all expert discovery by March 15, 2013.

3. Complete private mediation by March 29, 2013.

DATED: November 28, 2012            SO ORDERED,

*[Signature: Elizabeth D. Laporte]*
Judge Elizabeth D. Laporte
IT IS SO ORDERED

ORDER ON STIPULATION FOR CONTINUING CERTAIN PRETRIAL DATES
[trialarb\prtetrial dates.2nd stip.ORDER.wpd]            1