UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MAHMOOD MONASSAR**

      Plaintiff(s),             No. C-**11-04043** EDL

      v.                              **ORDER OF CONDITIONAL DISMISSAL**

**HORIZON LINES LLC**

      Defendants.

_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, each party to bear their respective fees and costs, with leave to reinstate on or before July 10, 2013 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice. The jury trial date of May 6, 2013 and the pretrial conference date of April 23, 2013 are hereby vacated.

IT IS SO ORDERED.

Dated: April 10, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge